FILED IN
COURT OF CRIMINAL APPEALS

December 7, 2015

ABEL ACOSTA, CLERK

PD-0984-15
COURT OF CRIMINAL APPEALS
AUSTIN, TEXAS
Transmitted 12/4/2015 4:09:43 PM
Accepted 12/7/2015 7:56:38 AM
ABEL ACOSTA
CLERK

No. PD-0984-15

# IN THE COURT OF CRIMINAL APPEALS

## OF THE STATE OF TEXAS

WENDEE LONG,                                                    Appellant

v.

THE STATE OF TEXAS,                                            Appellee

Appeal from Denton County

\* \* \* \* \*

**STATE'S MOTION TO EXTEND TIME FOR
FILING ITS BRIEF**
\* \* \* \* \*

Lisa C. McMinn
State Prosecuting Attorney
Bar I.D. No. 13803300

John R. Messinger
Asst. State Prosecuting Attorney
Bar I.D. No. 24053705

P. O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

TO THE HONORABLE COURT OF CRIMINAL APPEALS:

Comes now the State of Texas, by and through its State Prosecuting Attorney, and respectfully submits to the Court its motion to extend the time for filing its brief to and including the 21st day of December, 2015. The State's brief is currently due December 4, 2015. Due to time spent away from the office for the recent holiday and for personal reasons, the State is unable to complete its brief by this date. No previous motions to extend this deadline have been filed.

WHEREFORE, the State prays that its motion to extend the time for filing its petition until December 21, 2015, be granted.

Respectfully submitted,

   /s/ John R. Messinger
JOHN R. MESSINGER
Assistant State Prosecuting Attorney
Bar I.D. No. 24053705

P.O. Box 13046
Austin, Texas 78711
512/463-1660 (Telephone)
512/463-5724 (Fax)

1

## CERTIFICATE OF SERVICE

A copy of the foregoing State's Motion to Extend the Time for Filing its Brief

has been eFiled or e-mailed on this the 4th day of December, 2015 to:

Andrea R. Simmons
1450 East McKinney
Denton, Texas 76209
Andrea.Simmons@dentoncounty.com

Bruce Anton
2311 Cedar Springs, Suite 250
Dallas, Texas 75201
ba@sualaw.com

    /s/ John R. Messinger
John R. Messinger
Assistant State Prosecuting Attorney